# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TYRELL JOHN T.J. CONNOR, <br><br> Defendant. | CR-10-24-GF-BMM-02 <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter August 8, 2016. (Doc. 201.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 2, 2016. (Doc. 200.) Connor admitted that he violated the conditions of his supervised release. The violations prove serious and warrant revocation of Connor's supervised release. Judge Johnston has recommended that the Court revoke Connor's

1

supervised release. Judge Johnston further recommended that Connor's sentencing hearing be continued to October 4, 2016 so Connor may have a necessary surgery. Judge Johnston recommended that Connor be released until the hearing but placed under house arrest and electronic monitoring. (Doc. 201 at 1.)

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Connor's violations of his conditions represent a serious breach of the Court's trust. Due to Connor's medical needs, a period of house arrest and electronic monitoring until his sentencing in October will serve the interests of justice in this matter.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 201) is ADOPTED IN FULL. **IT IS FURTHER ORDERED** that Defendant Tyrell John T.J. Connor be placed under house arrest and electronic monitoring until his sentencing hearing on October 4, 2016.

DATED this 29th day of August, 2016.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge