IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYRELL JOHN T.J. CONNOR,<br><br>Defendant. | CR-10-24-GF-BMM-02<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 17, 2017. (Doc. 234.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 16, 2017. (Doc. 234 at 4.) Connor admitted that he violated the conditions of his supervised release. Connor violated the conditions of his supervised released by (1) unlawfully possessing a controlled substance; (2) failing to attend chemical dependency

1

treatment; and (3) failing to reside at a Residential Reentry Center. (Doc. 234 at 6.) The violations prove serious and warrant revocation of Connor's supervised release. Judge Johnston has recommended that the Court revoke Connor's supervised release and commit Connor to the custody of the Bureau of Prisons for twelve months. *Id.* Judge Johnston further has recommended that Connor have no period of supervised release following his custody period. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Connor's violations of his conditions represent a serious breach of the Court's trust. A sentence of custody of twelve months, followed by no supervised release, represents a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 234) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Tyrell John T.J. Connor be sentenced to custody for twelve months.

DATED this 11th day of September, 2017.

Brian Morris
United States District Court Judge